# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**REGINALD DUNAHUE** **PLAINTIFF**
*ADC #106911*

v.  CASE NO. 2:23-CV-00016-BSM-ERE

**WILLIAM F. STRAUGHN,**
**Deputy Director, ADC,** *et al.* **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 9] is adopted. Reginald Dunahue's claims against defendants William Straughn, C. Johnson, M. Etherly, Richardson, Stephanie Palmer, White, Westbrook, Tyrone Allison, Erma Bell, Swiney, and Payne are dismissed without prejudice, and the clerk is directed to terminate these individuals as parties. Dunahue is allowed to proceed with his retaliation claim against James Shipman, Maurice Culclager, and Moses Jackson.

IT IS SO ORDERED this 16th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE