IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**REGINALD DUNAHUE**                                                                 **PLAINTIFF**
*ADC #106911*

v.                      **CASE NO. 2:23-CV-00016-BSM-ERE**

**WILLIAM F. STRAUGHN,**
**Deputy Director, ADC,** *et al.*                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 28] is adopted, and Reginald Dunahue's motion for preliminary injunctive relief [Doc. No. 27] is denied.

IT IS SO ORDERED this 23rd day of May, 2023.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE