IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**REGINALD DUNAHUE**  **PLAINTIFF**
**ADC #106911**

v.                    **CASE NO. 2:23-CV-00016-BSM**

**WILLIAM F. STRAUGHN,** *et al.*   **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 46] is adopted. Defendants' motion for summary judgment [Doc. No. 33] is granted. Reginald Dunahue's First Amendment claim is dismissed without prejudice based on his failure to fully exhaust his administrative remedies. The clerk is instructed to close this case.

IT IS SO ORDERED this 28th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE