**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**REGINALD DUNAHUE**                                                    **PLAINTIFF**
**ADC #106911**

**v.**                              **CASE NO. 2:23-CV-00016-BSM**

**WILLIAM F. STRAUGHN,** *et al.*                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE